United States District Court
Southern District of Texas
**ENTERED**
April 29, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| KONKHEIS DEVON SIPSEY, § § Plaintiff, § VS. § WAL-MART STORES TEXAS, LLC, *et al*, § § § Defendants. § | CIVIL ACTION NO. 3:18-CV-1 |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Accordingly, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before **June 29, 2019** that the settlement could not be completely documented.

All pending motions are hereby **DENIED as moot**.

SIGNED at Galveston, Texas, this 29th day of April, 2019.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge